NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL TANNER, DOC #H30031,          )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No.  2D18-4008
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Michael Tanner, pro se.


PER CURIAM.

          Affirmed.


SILBERMAN, SLEET, and LUCAS, JJ., Concur.